schmitt against the Second Avenue Railroad Company. E. M. Welch, for appellant. H. A. Robinson, for respondent. No opinion. Judgment reversed, and new trial ordered, without costs of appeal to either party.

HAMMOND, Appellant, v. SNOW et al., Respondents. (Supreme Court, Appellate Division, First Department. June 9, 1899.) Action by Frederick A. Hammond against Snow, Church & Co. D. J. Newland, for appellant. J. M. Kerr, for respondents. No opinion. Order modified, by requiring, as a condition of opening the default. the payment of the trial fee, the term fee, $10 costs and disbursements of this appeal, and the costs of the motion and all disbursements necessarily incurred upon the taking of the inquest; the judgment to stand as security.

HARNEY, Respondent, v. PROVIDENT SAV. LIFE ASSUR. SOC. OF NEW YORK et al., Defendants (HARNEY, Appellant). (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by Antoinetta Harney against the Provident Savings Life Assurance Society of New York, William H. Harney, and another. No opinion. Order resettled. See 58 N. Y. Supp. 822.

HARNEY, Respondent, v. PROVIDENT SAV. LIFE ASSUR. SOC. OF NEW YORK et al., Defendants (HARNEY, Appellant). (Supreme Court, Appellate Division, Second Department. June 27, 1899.) Action by Antoinetta Harney against the Provident Savings Life Assurance Society, William H. Harney, and another. No opinion. Motion to resettle order denied.

HARPER v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by Gertrude Harper, as administratrix, against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

HARTFIELD v. DE BIASO. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Henry Hartfield against Vincenza De Biaso. No opinion. Motion dismissed, with $10 costs. See 58 N. Y. Supp. 1142.

HATCH, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by Albert H. Hatch against the New York Elevated Railroad Company and another. A. O. Townsend, for appellants. E. A. Hibbard, for respondent. No opinion. Judgment modified, by reducing amount allowed for fee damage to $7,000, and by reducing amount awarded for rental damage, costs, and allowance to $5,141.10, and, as so modified, affirmed, without costs of appeal.

HATTERSLEY, Appellant, v. HATTERSLEY, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by Rebecca Hattersley against Sarah Hattersley. No opinion. Judgment and order affirmed, with costs.

HEALY, Appellant, v. CARLSON, Respondent. (Supreme Court. Appellate Division, Second Department. June 13, 1899.) Action by Jeremiah Healy against Conrad Carlson. No opinion. Judgment affirmed, with costs.

HELLER, Appellant, v. MANGELS, Respondent. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by Max Heller against William H. Mangels. E. Blumenstiel, for appellant. J. J. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Hillis v. Bleckert, 53 Hun, 499, 6 N. Y. Supp. 405, and Genin v. Schwenk, 62 Hun, 574, 17 N. Y. Supp. 34.

HENDRICKS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by Martin Hendricks against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

HERMANCE, Appellant, v. HERMANCE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by William E. Hermance against Villa Hermance. No opinion. Order affirmed, with costs.

HILTON BRIDGE-CONST. CO., Respondent, v. FOSTER et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by the Hilton Bridge-Construction Company against William Foster, Jr., and others. No opinion. Judgment affirmed, with costs. See 57 N. Y. Supp. 140.

In re HOLLISTER et al. (Supreme Court, Appellate Division, First Department. June 30, 1899.) In the matter of George Hollister and another. C. M. Parsons, for appellant. J. N. Emley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HORSFIELD v. BLACK et al. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by Alice Horsfield against William T. Black and others. No opinion. Motion denied, with $10 costs. See 57 N. Y. Supp. 1006.

HOWENSTINE, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by William G. Howenstine against the New York Elevated Railroad Company and others. A. A. Wheat, for appellants. C. M. Cannon, for respondent. No opinion. Judgment affirmed, with costs.